# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-04321-AT
## Mohammad v. Emory University et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 10/02/2025.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 1:05 P.M.
TIME IN COURT: 2:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: CSO 1
DEPUTY CLERK: Keri Gardner

**ATTORNEY(S) PRESENT:**
Aaron Butler representing Umaymah Mohammad
Keon Grant representing Umaymah Mohammad
Matthew Reinhart representing Emory University
Matthew Reinhart representing John William Eley
Joshua Richards representing Emory University
Jonathan Wallace representing Umaymah Mohammad

**PROCEEDING CATEGORY:** Motion Hearing(Motion Hearing Non-evidentiary);

**MINUTE TEXT:** Oral argument held re Motion for Preliminary Injunction (Doc. 4). The parties are DIRECTED to update the Court regarding the possibility of mediation on or before October 9, 2025.

**HEARING STATUS:** Hearing Concluded