'll UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UMAYMAH MOHAMMAD,<br><br>Plaintiff,<br><br>v.<br><br>EMORY UNIVERSITY, *et al.*,<br><br>Defendants. | No. 1:25-cv-04321-AT |

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER
STAYING CASE PENDING MEDIATION**

The parties jointly request that this Court enter a stipulated Order temporarily staying all deadlines in this case pending the outcome of the mediation suggested by the Court.

1. On August 8, 2025, Plaintiff filed an Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction ("Motion for TRO"). (ECF. No. 4). The Court held a hearing on the Motion for TRO on October 2, 2025. ECF. No. 27. At the hearing, the Court asked the parties to consider mediation.

2. The parties have agreed to attempt to mediate this dispute and are in the process of selecting a mediator.

3. The parties respectfully request that all deadlines be stayed pending the outcome of that mediation.

56440811.1

4. The parties propose to provide a joint status report to the Court regarding mediation timing on or before October 20, 2025 and a follow-up status report following mediation.

Respectfully submitted,

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – GEORGIA | SAUL EWING LLP |
| | |
| _filed with consent_ | ____/s/ Joshua W. B. Richards_____ |
| Keon Nicholas Grant | Joshua W.B. Richards |
| Georgia Bar No. 946800 | Georgia Bar No. 73936 |
| Aaron Edward Butler | 1500 Market Street, 38th Floor |
| Georgia Bar No. 722335 | Philadelphia, PA 19102 |
| Council on American-Islamic Relations – Georgia | joshua.richards@saul.com |
| P.O. Box 956263 | Tel: 215-972-7777 |
| Duluth, GA 30095 | |
| Telephone: 470.604.7877 | |
| kgrant@cair.com | |
| abutler@cair.com | |

_filed with consent_
Jonathan Wallace
Pro Hac Vice Forthcoming
New York Bar No. 1733757
P.O. Box #728
Amagansett, NY 11930
Telephone: 917.359.6234
jonathan.wallace80@gmail.com

Counsel for Plaintiff

October 7, 2025

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing stipulation was served on October 7, 2025 by the Court's electronic filing system to all counsel of record in the above-captioned action.

/s/ *Joshua W.B. Richards*
Joshua W.B. Richards
Georgia Bar. No. 73936
SAUL EWING LLP

56440811.1