IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UMAYMAH MOHAMMAD,                         :
                                         :
    Plaintiff,                            :
                                         :
                                         :   CIVIL ACTION NO.
    v.                                    :   1:25-CV-4321-AT
                                         :
EMORY UNIVERSITY, *et al.*,               :
                                         :
    Defendants.                           :
                                         :
                                         :
                                         :
                                         :

## **ORDER**

This matter comes before the Court on the parties' Joint Motion for Entry of Stipulated Order Staying Case Pending Mediation. [Doc. 28]. The Joint Motion is **GRANTED**. The parties are **ORDERED** to file a Joint Status Report by **October 20, 2025**, providing notice to the Court of (1) a firm date for mediation, and (2) the name of the mediator.[1]

The parties previously agreed that Defendants would not issue findings or sanctions related to the current disciplinary proceeding against Plaintiff until

---

[1] If the parties have not yet selected a mediator, the Court notes its recommendation that they contact Carlos A. González, a highly skilled mediator who has handled numerous difficult cases in this district, and who has experience handling higher education cases in particular. The Court's Deputy Clerk will provide Mr. González's contact information to counsel by email.

either after the Court has ruled on Plaintiff's preliminary injunction motion, or December 1, 2025, ***whichever is earlier***. (Doc. 8 at 2). However, if the parties' mediation efforts are unsuccessful, it may prove difficult for the Court to address the pending preliminary injunction motion before that December 1 deadline. Accordingly, in the Joint Status Report, the parties should also propose a later date before which Defendants will not issue findings or sanctions against Plaintiff. The parties should select the new date based on the timing of the mediation.

The parties must file an additional Joint Status Report advising the Court of the outcome of mediation within **three days** after the mediation takes place. If the mediation is unsuccessful, the parties should advise the Court whether settlement negotiations are ongoing.

With the exception of the deadlines set forth above, the case is hereby **STAYED** pending mediation.

**IT IS SO ORDERED** this 8th day of October, 2025.

**Honorable Amy Totenberg**
**United States District Judge**