UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UMAYMAH MOHAMMAD,<br><br>Plaintiff,<br><br>v.<br><br>EMORY UNIVERSITY, *et al.*,<br><br>Defendants. | No. 1:25-cv-04321-AT |

**JOINT STATUS REPORT**

Pursuant to the Court's October 8, 2025 Order (ECF No. 29), the parties jointly submit the following status report regarding the upcoming mediation.

1. The parties will participate in a mediation on November 7, 2025.

2. The mediator will be Carlos González, who was recommended by the Court.

3. The parties propose to provide a follow-up status report following mediation within three days of the mediation.

Respectfully submitted,

| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – GEORGIA | SAUL EWING LLP |
|---|---|
| *filed with consent*<br>Keon Nicholas Grant | */s/ Joshua W. B. Richards*<br>Joshua W.B. Richards |

56577884.1

| | |
|---|---|
| Georgia Bar No. 946800<br>Aaron Edward Butler<br>Georgia Bar No. 722335<br>Council on American-Islamic Relations – Georgia<br>P.O. Box 956263<br>Duluth, GA 30095<br>Telephone: 470.604.7877<br>kgrant@cair.com<br>abutler@cair.com | Georgia Bar No. 73936<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>joshua.richards@saul.com<br>Tel: 215-972-7777 |

  *filed with consent* _____
Jonathan Wallace
Pro Hac Vice Forthcoming
New York Bar No. 1733757
P.O. Box #728
Amagansett, NY 11930
Telephone: 917.359.6234
jonathan.wallace80@gmail.com

Counsel for Plaintiff

2

56577884.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Entry of Appearance was served on October 20, 2025 by the Court's electronic filing system to all counsel of record in the above-captioned action.

/s/ *Joshua W.B. Richards*
Joshua W.B. Richards
Georgia Bar. No. 73936
SAUL EWING LLP

56577884.1