UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UMAYMAH MOHAMMAD,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>EMORY UNIVERSITY, et al,<br>　　　　　　　　Defendants. | CIVIL ACTION NO.<br>1:25-CV-4321-AT |

**ORDER TO ALLOW ELECTRONIC
EQUIPMENT INTO THE COURTROOM**

IT IS HEREBY ORDERED that Defendant's representatives, John Snelling, Joshua Richards, and Beth Clark-Morrison in the above-referenced case be permitted to bring the following electronic devices into the Richard B. Russell Building, for the purposes of a conference beginning at 11:00 am on February 20, 2026, before Judge Amy Totenberg.

- laptop computers and computer accessories (*e.g.*, computer mouse, batter recharger, personal WiFi hotspots, power cords);

- tablet computers (*e.g.*, Apple iPad, Microsoft Surface Pro); and

2

- apple watch and mobile phones, including mobile phones with cameras, (which may also operate as WiFi hotspots).

Proper identification will be required upon entering the facility and said electronic equipment shall be subject to inspection by the facility's law enforcement/security officers.

IT IS SO ORDERED this 18th day of February, 2026.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**