**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UMAYMAH MOHAMMAD,<br><br>Plaintiff,<br><br>v.<br><br>EMORY UNIVERSITY, *et al.*,<br><br>Defendants. | No. 1:25-cv-04321-AT |

**JOINT STATUS REPORT AND MOTION TO REOPEN THE CASE AND FOR ENTRY OF STIPULATED ORDER WITHDRAWING PLAINTIFF'S MOTION FOR TRO AND SETTING DEADLINES TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff Umaymah Mohammad ("Plaintiff") and Defendants Emory University and John William Eley ("Defendants," and, together with Plaintiff, the "Parties") jointly submit the following status report and respectfully request that the Court reopen the case and enter an Order withdrawing, as moot, Plaintiff's Motion for TRO and setting deadlines for Defendants to respond to Plaintiff's Amended Complaint. In support thereof, the Parties state:

1. On August 4, 2025, Plaintiff filed her Complaint. (Dkt. 1.)

2. On August 8, 2025, Plaintiff filed an Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction ("Motion for TRO"). (Dkt. 4).

3. On August 19, 2025, Plaintiff filed her Amended Complaint. (Dkt. 12.)

4. After briefing on Plaintiff's Motion for TRO, the Court held a hearing on the motion on October 2, 2025. (Dkt. 27.)

5. Shortly thereafter, on October 8, 2025, the Court deferred ruling on Plaintiff's Motion for TRO and entered an Order Staying the Case Pending Mediation. (Dkt. 28.)

6. On October 20, 2025, the parties submitted a Joint Status Report altering the court that the parties would be participating in mediation on November 7, 2025. Mediation of the matter was ultimately unsuccessful, but the Parties continued settlement discussions in an attempt to resolve the matter.

7. On March 11, 2026, the Court stayed Plaintiff's Motion for TRO pending further proceedings in the case. (Dkt. 34.)

8. During the summer of 2026, and while settlement discussions continued to be ongoing, Plaintiff withdrew from Emory University, including the School of Medicine.

9. On August 6, 2026, the Court administratively closed the matter, providing that "[a]ny party may move to reopen this case at any time if there are further matters requiring Court intervention." (Dkt. 36.)

10. Despite the Parties' attempts to resolve this case through mediation and subsequent settlement discussions, they are at an impasse.

11. On August 13, 2026 and November 9, 2026 counsel for the Parties met

and conferred and have agreed as follows, pending the approval of the Court:

a. The parties jointly request that the administrative closure be vacated and the Court reopen the case;

b. Plaintiff withdraws, as moot, her Emergency Motion for TRO (Dkt. 4) and subsequent briefing (Dkt. 18); and

c. Defendants will file a response to Plaintiff's Amended Complaint (Dkt. 12) on or before January 22, 2027.

Respectfully submitted,

COUNCIL ON AMERICAN-ISLAMIC RELATIONS – GEORGIA

_*filed with consent*___________
Keon Nicholas Grant
Georgia Bar No. 946800
Council on American-Islamic Relations – Georgia
P.O. Box 956263
Duluth, GA 30095
Telephone: 470.604.7877
kgrant@cair.com

_*filed with consent*___________
Jonathan Wallace
New York Bar No. 1733757
P.O. Box #728
Amagansett, NY 11930
Telephone: 917.359.6234
jonathan.wallace80@gmail.com

Counsel for Plaintiff

SAUL EWING LLP

____*/s/ Joshua W. B. Richards*______
Joshua W.B. Richards
Georgia Bar No. 284523
1735 Market Street, 34th Floor
Philadelphia, PA 19102
joshua.richards@saul.com
Tel: 215-972-7777

November 18, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on November 18, 2026 by the Court's electronic filing system to all counsel of record in the above-captioned action.

/s/ *Joshua W.B. Richards*
Joshua W.B. Richards
Georgia Bar. No. 73936
SAUL EWING LLP